# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 23-53016 |
| roll: Bicycle Company, LLC, *et al.*, | : | Chapter 11, Subchapter V |
| | : | Joint Administration Requested |
| Debtors.[1] | : | |
| | : | Judge John E. Hoffman, Jr. |

## APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS

roll: Bicycle Company, LLC ("roll: Bicycle") and roll: Development Company, LLC ("roll: Development"), the two chapter 11 debtors and debtors-in-possession in these cases (together, the "Debtors"), apply to the Court for an order authorizing, as of the date this application was filed (that being the petition date), the employment of Allen Stovall Neuman & Ashton LLP ("ASNA") as attorneys for the Debtors pursuant to 11 U.S.C. § 327, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Ohio. In support of this Application, the Debtor submits the affidavit of James A. Coutinho of ASNA, which is attached as <u>Exhibit A</u> (the "Affidavit"). A proposed order granting this Application is attached hereto as <u>Exhibit B</u>.

In support of this application, the Debtors respectfully represents as follows:

**I.    JURISDICTION AND BACKGROUND INFORMATION**

1.    This Court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334 and the General Order of Reference entered in this district.

2.    Venue is proper under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding

---

[1] The Debtors in these chapter 11 cases are: roll: Bicycle Company, LLC (EIN: x6595; Address: 886 Freeway Drive North, Columbus, Ohio 43229), and roll: Development Company, LLC (EIN: x8663; Address: 510 W. Lane Avenue, Upper Arlington 43221). A request for joint administration is pending consideration.

1

as defined in 28 U.S.C. § 157(b)(2).

3. The Debtors are each Ohio limited liability companies owned by roll: Holdings, LLC, which, in turn, is owned by Stuart Hunter. The Debtors are focused on the development, manufacture, distribution, and retail sale of bicycles, including the Debtors' custom-developed brand of bicycles as well as the sale of third-party bicycles, apparel, and accessories. Of those business lines, roll: Bicycle handles the manufacturing and distribution of the Debtors' custom line of bicycles. roll: Development operates the retail and operational side of the business.

4. The Debtors have experienced financial hardship due to multiple factors. The Debtors seek to engage in a sale process through the filing of this chapter 11 proceeding.

5. In conjunction with the filing of this case, the Debtors filed the Declaration of Stuart Hunter which provides additional detail about the background of the Debtors and the matters that have led to the filing of this case. That declaration is incorporated here by reference.

## II. STANDARD FOR RETENTION

6. The standards for the retention of a professional are set forth in 11 U.S.C. §327(a), Fed.R.Bankr.P. 2014, and LBR 2014-1. To retain a professional, the Debtors must show:

   a. that the professional does not hold or represent an interest adverse to the estate 11 U.S.C. 327(a), except that under 11 U.S.C. § 1195, in a subchapter V case, the professional is not disqualified for holding a claim for fees up to $10,000.00 against the debtor;

   b. that, as defined by 11 U.S.C. §101(14), the professional is a "disinterested person", *Id.*;

   c. that the employment is necessary and the reasons for selecting the professional, Fed.R.Bankr.P. 2014(a);

   d. the professional services to be rendered, *Id.*;

   e. the proposed arrangement for compensation of the professional, *Id.*;

   f. any connections of the professional to the debtor, creditors, any other party in

      interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, *Id.*;

      g. the professional's customary and proposed hourly rates, LBR 2014-1(b)(1);

      h. the amount, date paid, and source of any fees paid to the professional from a period of one (1) year prior to the filing of the petition through the time of the application, LBR 2014-1(b)(2); and

      i. the amount, date paid, and source of any retainer sought or received by the professional within such period, LBR 2014-1(b)(3).

7. In addition to the required contents of the application, the application must also be accompanied by a verified statement from the professional:

      a. setting forth the professional's connections with the debtor, equity security holders of the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, Fed R.Bankr.P. 2014(a);

      b. establishing the lack of any adverse interest to the estate; and

      c. establishing that the proposed employment is not prohibited by or improper under Fed.R.Bankr.P. 5002.

## III. RETENTION AND EMPLOYMENT OF ASNA

8. Through this Application and pursuant to 11 U.S.C. 327(a), the Debtors seek to employ and retain ASNA to serve as the Debtors' bankruptcy counsel in all phases of these chapter 11 cases, except those instances as may be reserved specifically for special counsel, if any.

9. The Debtors selected ASNA as counsel because of the extensive and diverse experience, knowledge, and reputation of its attorneys in the area of business reorganizations under chapter 11 of the Bankruptcy Code and in other areas of law related to this chapter 11 case. ASNA is well suited for the type of representation required by the Debtors, particularly since the attorneys of ASNA possess substantial bankruptcy, debt restructuring, creditors' rights, transactional, and finance and litigation experience. Accordingly, the Debtors believe that ASNA is well-qualified

and able to represent them in this case in a most efficient and responsive matter. ASNA has indicated a willingness to act as attorneys on Debtors' behalf.

10. The professional services to be rendered by ASNA include the following:

   a. advising the Debtors of their rights, powers and duties as debtors in possession in the continued operation of business;

   b. advising and assisting the Debtors in preparing all necessary applications, motions, answers, orders, reports, schedules and other legal documents required in connection with the administration of this chapter 11 case;

   c. reviewing all financial and other reports to be filed with the Court and/or the United States Trustee in this chapter 11 case;

   d. advising the Debtors concerning, and assisting in the negotiation and documentation of, the refinancing or sale of their assets; debt and lease restructuring; executory contract and unexpired lease assumptions, assignments or rejections; and related transactions;

   e. counseling and representing the Debtors regarding actions they might take to collect and recover property for the benefit of the estate;

   f. reviewing the nature and validity of liens asserted against the Debtors' property and advising the Debtors concerning the enforceability of such liens;

   g. assisting the Debtors in formulating, negotiating and obtaining confirmation of a chapter 11 plan, if necessary, and preparing other related documents; and

   h. performing other legal services for and on behalf of the Debtors as may be necessary or appropriate in the administration of business and these chapter 11 cases.

11. It is necessary and essential that Debtors, as debtors in possession, employ and retain ASNA to render the foregoing professional services.

12. All attorneys who will appear in this case are duly admitted to practice before the United States District Court and Bankruptcy Court for the Southern District of Ohio and are willing and able to serve as counsel for Debtors.

13. To the best of Debtors' knowledge, information and belief, ASNA does not

represent any other entity involved in this case as set forth in the Affidavit.

14. ASNA does not hold or represent any interest adverse to the estate as required by 11 U.S.C. §327(a). ASNA is a disinterested person as required by 11 U.S.C. 327(a) (as qualified by 11 U.S.C. § 1195) and as defined in 11 U.S.C. 101(14). ASNA is neither related to nor connected with a judge of the Bankruptcy Court for the Southern District of Ohio or the District Court for the Southern District of Ohio. ASNA is not affiliated with any officer or employee of the judicial branch of the United States or the United States Department of Justice.

15. The employment of ASNA is proper under and satisfies the provisions of Bankruptcy Rule 5002.

16. Other than as set forth herein, to the best of Debtors' knowledge, information and belief, and except as otherwise disclosed in the Affidavit, ASNA has no connection, past or present, with the Debtors, any general or limited partner therein, or any director, member, or trustee of any such general or limited partner, or any other party-in-interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, other than attorney James A. Coutinho is a member of the independent panel of chapter 7 trustees and a subchapter V trustee appointed and overseen by the United States Trustee.

17. The Debtors request that the employment and retention of ASNA be effective as of the date of this application (the petition date).

## V. PROPOSED COMPENSATION OF ASNA

### A. Hourly Rates

18. Subject to this Court's approval, ASNA will charge the Debtors for its services on an hourly basis at its ordinary and customary hourly rates for cases of this nature as in effect on the date such services are rendered. The following attorneys and paralegals with ASNA will render

5

services in this case and the customary and proposed hourly rates of compensation are:

| Attorney Name | Title | Standard Rate |
|---|---|---|
| Thomas R. Allen | Partner | $515/hr |
| Richard K. Stovall | Partner | $450/hr |
| James A. Coutinho | Partner | $385/hr |
| Tom Shafirstein | Associate | $315/hr |
| Andrew D. Rebholz | Associate | $240/hr |

These rates are reviewed and adjusted on an annual basis.

B. **Reimbursement of Expenses**

19. The Debtors further understand that ASNA will bill its customary reimbursements as charged generally to bankruptcy and non-bankruptcy clients alike, and in accordance with applicable guidelines. ASNA is customarily reimbursed for all expenses incurred by it in connection with the representation of a client in any given manner. Such expenses include, without limitation, travel costs, express mail, special or hand deliveries, copying costs, computer legal research, court fees, filing fees, transcript costs and, in general, all identifiable expenses that would not have been incurred but for representation of a particular client.

C. **Retainer and Prior Application of Retainer**

20. ASNA's representation of Debtors began on July 31, 2023. Since that date ASNA has received the following payments, including retainers, from the Debtors as payments for services rendered and reimbursement of expenses:

| Date | Retainer | Payments | Description |
|---|---|---|---|
| August 16, 2023 | $25,000.00 | | Deposit for Retainer |
| August 25, 2022 | | $17,500.00 | Payment for pre-petition services from Retainer |
| **TOTAL** | **$25,000.00 ($7,500.00 remaining)** | **$17,500.00** | |

21. Other than those payments set forth above, no other fees or expenses have been paid by the Debtors to ASNA from a period of one (1) year prior to the filing of this case through

6

the date of this Application.

### C.    Monthly Compensation

22.    ASNA intends to apply to this Court for allowances of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Guidelines for Compensation and Expense Reimbursement of Professionals issued by this Court. However, Debtors request that ASNA be permitted to be paid eighty-five percent (85%) of its fees and services and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon submission by ASNA to Debtors of an itemized statement detailing the services performed and expenses incurred in connection with its representation of the Debtors. ASNA will file a summary of such statement with the Court and will serve a copy upon the United States Trustee and the subchapter V trustee. All monthly payments received by ASNA will remain subject to final approval by the Court upon the filing of ASNA's interim and final fee applications in accordance with the Bankruptcy Code.

## VI.    CONCLUSION

Based upon the foregoing, the Debtors respectfully requests the Court enter an order authorizing the Debtors to employ ASNA to represent it in this case, effective as of the date of this application, upon the terms and conditions set forth herein, and granting such other and further relief as is appropriate.

Respectfully submitted,

/s/  Stuart Hunter
Stuart Hunter
CEO / Manager, roll: Bicycle Company, LLC
CEO / Manager, roll: Development Company, LLC

 /s/  James A. Coutinho
Richard K. Stovall    (0029978)
James A. Coutinho    (0082430)
Andrew D. Rebholz    (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, Ohio 43215
T: (614) 221-8500    F: (614) 221-5988
stovall@asnalaw.com; coutinho@asnalaw.com
rebholz@asnalaw.com
*Proposed Counsel for Debtors / Debtors in Possession*

EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No: 23-53016 |
|     roll: Bicycle Company, LLC, *et al.*, | : | Chapter 11, Subchapter V |
| | : | Joint Administration Requested |
|     Debtors. [2] | : | |
| | : | Judge John E. Hoffman, Jr. |

### AFFIDAVIT OF JAMES A. COUTINHO IN SUPPORT OF APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS

STATE OF OHIO        }
COUNTY OF FRANKLIN  } SS:

I, James A. Coutinho, being first duly sworn, state:

1.    I make this affidavit in support of the *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtors* (the "Application").

2.    I am a partner at the law firm of Allen Stovall Neuman & Ashton ("ASNA"), the law firm named in the Application. I am authorized to make this affidavit on behalf of ASNA. I have personal knowledge of the matters set forth herein.

3.    roll: Bicycle Company, LLC ("roll: Bicycle") and roll: Development Company, LLC ("roll: Development"), the chapter 11 debtors and debtors-in-possession in these cases (together, the "Debtors"), desire to engage ASNA as their bankruptcy counsel to represent them in these proceedings pursuant to 11 U.S.C. § 327(a).

4.    I am an attorney licensed and in good standing to practice in the State of Ohio and am admitted to practice in the United States District Court, Southern District of Ohio. All attorneys

---

[2] The Debtors in these chapter 11 cases are: roll: Bicycle Company, LLC (EIN: x6595; Address: 886 Freeway Drive North, Columbus, Ohio 43229), and roll: Development Company, LLC (EIN: x8663; Address: 510 W. Lane Avenue, Upper Arlington 43221). A request for joint administration is pending consideration.

at ASNA are in good standing with the appropriate court admissions.

5. The representations in the Application are true to the best of my knowledge.

6. In connection with its proposed retention by Debtors in this case, ASNA researched its client and conflict database to determine whether it had any relationships with the Debtors, their unsecured creditors, their member or manager, and their lien claimants. The research conducted by ASNA indicates that it has not represented any of those parties.

7. Neither I nor ASNA have any past or present relationship to the Debtors, the member or manager of the Debtors, nor any creditors of the Debtors. Further, neither I nor ASNA have any connection with the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the office of the United States Trustee, other than that I am a member of the independent panel of chapter 7 trustees and a subchapter V trustee appointed and overseen by the United States Trustee.

8. ASNA and I are disinterested persons as required by 11 U.S.C. § 327 and as defined in 11 U.S.C. § 101(14). None of the attorneys at ASNA are either related to or connected with a judge of the Bankruptcy Court for the Southern District of Ohio or the District Court for the Southern District of Ohio. ASNA is not affiliated with any officer or employee of the judicial branch of the United States or the United States Department of Justice.

9. The employment of ASNA and me is not prohibited by or improper under Fed.R.Bankr.P. 5002.

10. No understanding or agreement exists for a division of fees or compensation between me, the firm of ASNA or any other person or entity except for such division of compensation as exists among partners of ASNA.

# EXHIBIT A

11. I declare under penalty of perjury that the foregoing is true and correct.

          /s/  James A. Coutinho
          James A. Coutinho

Sworn to before me and subscribed in my presence on August 31, 2023.

          (Original Notary Stamp in Possession of Filer)
          Notary Public

**EXHIBIT B**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No: 23-53016 |
| roll: Bicycle Company, LLC, *et al.*, | : | Chapter 11, Subchapter V |
| | : | Joint Administration Requested |
| Debtors.[3] | : | |
| | : | Judge John E. Hoffman, Jr. |

**ORDER GRANTING APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS (DOC. ___)**

This matter is before the Court upon the *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtors* (the "Application") (Doc. ___). Through the Application, roll: Bicycle Company, LLC ("roll: Bicycle") and roll: Development Company, LLC ("roll: Development"), the chapter 11 debtors and debtors-in-possession in these cases (together, the "Debtors"), seek to employ the law firm of Allen Stovall Neuman & Ashton LLP ("ASNA") as bankruptcy counsel to the Debtors.

---

[3] The Debtors in these chapter 11 cases are: roll: Bicycle Company, LLC (EIN: x6595; Address: 886 Freeway Drive North, Columbus, Ohio 43229), and roll: Development Company, LLC (EIN: x8663; Address: 510 W. Lane Avenue, Upper Arlington 43221). A request for joint administration is pending consideration.

# EXHIBIT B
# PROPOSED ORDER

The Application was served on the Debtors, the Office of the United States Trustee, the subchapter V trustee, the twenty largest unsecured creditors, all secured lienholders, and those other parties requesting notice. The time for filing an objection to the Application has lapsed and no objection was filed.

Based upon the matters contained in the Application, and the Affidavit of James A. Coutinho attached to the Application, proper service of the Application having been completed and no objections to the Application having been filed, the Court finds that the employment of ASNA as bankruptcy counsel to the Debtors should be, and it hereby is, approved.

It is therefore ORDERED as follows:

1. The employment of ASNA as counsel to the Debtors is approved effective as of date the Application was filed, on the terms and conditions set forth in the Application.

2. ASNA is permitted to be paid from the Debtors eighty-five percent (85%) of its fees and services and one hundred percent (100%) of its reimbursable expenses on a monthly basis upon submission by ASNA to Debtors of an itemized statement detailing the services performed and expenses incurred in connection with its representation of Debtors. ASNA will file a summary of such statement with the Court and will serve a copy upon the United States Trustee and the subchapter V trustee. All monthly payments received by ASNA will be subject to repayment and to final approval by the Court upon the filing of ASNA's interim and final fee applications.

SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
Richard K. Stovall       (0029978)
James A. Coutinho       (0082430)
Andrew D. Rebholz      (0102192)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400

# EXHIBIT B
# PROPOSED ORDER

Columbus, Ohio 43215
T: (614) 221-8500     F: (614) 221-5988
stovall@asnalaw.com; coutinho@asnalaw.com
rebholz@asnalaw.com
*Proposed Counsel for Debtors / Debtors in Possession*

Copies to Default List plus Top 20.

## NOTICE OF APPLICATION TO EMPLOY ALLEN STOVALL NEUMAN & ASHTON LLP AS BANKRUPTCY COUNSEL TO THE DEBTORS AND CERTIFICATE OF SERVICE

The Debtors have filed an application seeking to employ the law firm of Allen Stovall Neuman & Ashton LLP as attorneys for the Debtors.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| | |
|---|---|
| United States Trustee | James A. Coutinho, Esq. |
| 170 North High Street, Suite 200 | Allen Stovall Neuman & Ashton, LLP |
| Columbus, Ohio 43215 | 10 West Broad Street, Suite 2400 |
| | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Application to Employ Allen Stovall Neuman & Ashton LLP as Bankruptcy Counsel to the Debtors* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on August 30, 2023, addressed to:

See attached mailing matrix for each case.

    /s/ James A. Coutinho
James A. Coutinho     (0082430)

```
Label Matrix for local noticing      roll: Bicycle Company, LLC        Asst US Trustee (Col)
0648-2                               886 Freeway Drive North           Office of the US Trustee
Case 2:23-bk-53016                   Columbus, OH 43229-5422           170 North High Street
Southern District of Ohio                                              Suite 200
Columbus                                                               Columbus, OH 43215-2417
Thu Aug 31 13:30:59 EDT 2023

Fifth Third Bank, N.A.               Friedl Bohme                      Glick Biz LLC
21 East State Street                 1260 McCoy Rd.                    c/o Harvey Glick
Columbus, OH 43215-4208              Columbus, OH 43220-4963           906 Middle Street
                                                                       Sullivans Island, SC 29482-9752


(p)JPMORGAN CHASE BANK  N A          Lynn Harris                       Quality Bicycle Products, Inc.
BANKRUPTCY MAIL INTAKE TEAM          1130 Mount Vernon Ave.            c/o Maria Scalisi
700 KANSAS LANE FLOOR 01             Columbus, OH 43203-5500           6400 W. 105th Street
MONROE LA 71203-4774                                                   Minneapolis, MN 55438-2554


Ryan Hughes                          Tucker Bohm                       Willie Tatum
6597 Masefield St.                   533 Lake Shore Dr.                1130 Mount Vernon Ave.
Worthington, OH 43085-3076           Columbus, OH 43204                Columbus, OH 43203-5500



YDT Sinclair Road, LLC               James A Coutinho
942 A Freeway Drive North            Allen Stovall Neuman & Ashton LLP
Columbus, OH 43229-5425              10 West Broad Street
                                     Suite 2400
                                     Columbus, OH 43215-3469
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
JP Morgan Chase                      End of Label Matrix
c/o Bankruptcy Dept.                 Mailable recipients    13
1111 Polaris Parkway                 Bypassed recipients     0
Columbus, OH 43240                   Total                  13
```

```
Label Matrix for local noticing         roll, Development Company, LLC        American Express
0648-2                                   1510 W. Lane Ave.                     c/o Bankruptcy Dept.
Case 2:23-bk-53017                       Columbus, OH 43221-3960               115 W Towne Ridge Pkwy
Southern District of Ohio                                                      Sandy, UT 84070-5511
Columbus
Thu Aug 31 13:31:32 EDT 2023

Asst US Trustee (Col)                    BMC USA Corporation                   Fifth Third Bank, N.A.
Office of the US Trustee                 c/o Phil Collignon                    21 East State Street
170 North High Street                    69 Mount Herman Rd., Suite 111        Columbus, OH 43215-4208
Suite 200                                Scotts Valley, CA 95066-4738
Columbus, OH 43215-2417

Giant Bicycle, Inc.                      (p)HAWLEY  LLC                        (p)JPMORGAN CHASE BANK  N A
c/o Elena Smith                          1181 SOUTH LAKE DRIVE                 BANKRUPTCY MAIL INTAKE TEAM
3587 Old Conejo Rd.                      LEXINGTON SC 29073-7744               700 KANSAS LANE FLOOR 01
Newbury Park, CA 91320-2122                                                    MONROE LA 71203-4774


Kent International Inc.                  Kuat Racks                            Lynn Harris
c/o Ingrid Duval                         2240 North Alliance Avenue            1130 Mount Vernon Ave.
60 East Halsey Road                      Springfield, MO 65803-7401            Columbus, OH 43203-5500
Parsippany, NJ 07054-3705


Quality Bicycle Products, Inc.           Ryan Hughes                           Stuart Hunter
c/o Maria Scalisi                        6597 Masefield St.                    791 S. Sixth Street
6400 W. 105th Street                     Columbus, OH 43085-3076               Columbus, OH 43206-2130
Minneapolis, MN 55438-2554


Tifosi Optics, Inc.                      U.S. Small Business Administration    Willie Tatum
c/o Emmy Shirley                         14925 Kingsport Road                  1130 Mount Vernon Ave.
1011 Industrial Blvd.                    Fort Worth, TX 76155-2243             Columbus, OH 43203-5500
Watkinsville, GA 30677-2740


James A Coutinho
Allen Stovall Neuman & Ashton LLP
10 West Broad Street
Suite 2400
Columbus, OH 43215-3469
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Hawley, LLC                              JP Morgan Chase                       End of Label Matrix
c/o Joy Lajoy                            1111 Polaris Parkway                  Mailable recipients    18
1181 S. Lake Drive                       Columbus, OH 43240                    Bypassed recipients     0
Lexington, SC 29073                                                            Total                  18
```